UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-086-MJP |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ALAN BRADLEY, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on October 23, 2009. The United States was represented by AUSA Mary Dimke and the defendant by Barry Flegenheimer. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 3, 2002 by the Honorable Marsha J. Pechman on a charge of Bank Robbery, and sentenced to 84 months custody, 3 years supervised release. (Dkt. 23.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to drug testing, participate in a substance abuse program, abstain from alcohol,

submit to search, pay restitution in the amount of $1,646.00, and register as a sex offender. The conditions of supervised release were modified on June 16, 2009 to require residence in a residential reentry center for up to 120 days. (Dkt. 25.)

Defendant was sentenced to time served on September 18, 2009 for violating the conditions of supervised release by consuming alcohol in public and failing to notify his probation officer of contact with law enforcement. (Dkt. 34.) He was ordered to enter a residential reentry center.

In an application dated October 16, 2009 (Dkt. 35, 36), U.S. Probation Officer Mark J. Chance alleged the following violations of the conditions of supervised release:

1. Consuming alcohol on or about October 15, 2009, in violation of a special condition of supervised release.

2. Failing to successfully participate in a residential reentry center program by consuming alcohol in violation of a special condition of supervised release.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 39.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

01       Pending a final determination by the Court, defendant has been detained.

02       DATED this 23rd day of October, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:       Honorable Marsha J. Pechman
     AUSA:              Mary Dimke
     Defendant's attorney:  Barry Flegenheimer
     Probation officer:     Mark J. Chance, J. Van Flander

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3