UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR02-086-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ALAN BRADLEY, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on January 21, 2011. The United States was represented by AUSA Carl Blackstone and the defendant by Barry Flegenheimer. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 3, 2002 by the Honorable Marsha J. Pechman on a charge of Bank Robbery, and sentenced to 84 months custody, 3 years supervised release. (Dkt. 23.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to drug testing, participate in a substance abuse program, abstain from alcohol,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

submit to search, pay restitution in the amount of $1,646.00, and register as a sex offender. The conditions of supervised release were modified on June 16, 2009 to require residence in a residential reentry center for up to 120 days. (Dkt. 25.)

Defendant was sentenced to time served on September 18, 2009 for violating the conditions of supervised release by consuming alcohol in public and failing to notify his probation officer of contact with law enforcement. (Dkt. 34.) He was ordered to enter a residential reentry center.

On October 23, 2009, defendant admitted violating the conditions of supervised release by consuming alcohol and failing to successfully participate in a residential reentry center program. (Dkt. 40.) Defendant was sentenced to 90 days incarceration with credit for time served, or until space became available at a residential reentry center program, and 18 months supervised release. (Dkt. 45.)

On July 1, 2010, defendant admitted violating the conditions of supervised release by committing the crime of theft on two occasions and consuming alcohol on two occasions. He was sentenced to credit for time served, placement in a residential reentry center, and 14 months supervised release. (Dkt. 54.) The conditions of supervised release were modified on October 5, 2010 to require defendant to reside in and satisfactorily participate in a residential reentry center program for up to 90 days. (Dkt. 55.)

In an application dated January 5, 2011 (Dkt. 56, 57), U.S. Probation Officer Thomas J. Fitzgerald alleged the following violations of the conditions of supervised release:

1. Failing to reside in and satisfactorily participate in a Residential Reentry Center (RRC) program for a period of 90 days by absconding from the RRC on or about December 24,

2010, in violation of the special condition requiring him to reside in that facility.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 62.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been released on an appearance bond.

DATED this 11th day of February, 2011.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:        Honorable Marsha J. Pechman
    AUSA:                  Carl Blackstone
    Defendant's attorney:  Barry Flegenheimer
    Probation officer:     Thomas J. Fitzgerald

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3